AUSTIN, NICHOLS & COMPANY, INC., Respondent, v. WILLIAM H. WASHER, Impleaded, etc., Appellant.— The judgment is reversed because there is no competent evidence of the value of the liquor returned to the defendant.

The referee is discharged, and a new trial is ordered before the Hon. William D. Dickey as official referee. This case is sent to an official referee because the referee's fees to date are already greater than the amount of the recovery. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.